IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-402

| BLUE RIDGE COMPANY, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TOWN OF PINEVILLE, | ) | |
| Defendant. | ) | |

The parties are each to file, 30 days hence, a brief not to exceed 25 pages addressing the issue of whether *Burford* abstention applies to this matter.

**SO ORDERED.**

Signed: October 21, 2010

Graham C. Mullen
United States District Judge