IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-402

BLUE RIDGE COMPANY, LLC, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
TOWN OF PINEVILLE, )
)
    Defendant. )
_____ )

Based upon the Parties' Joint Stipulation of Voluntary Dismissal [D.I. 10], this case is hereby **DISMISSED WITHOUT PREJUDICE**. All pending motions are found to be moot.

**SO ORDERED.**

Signed: November 30, 2010

Graham C. Mullen
United States District Judge